# In the United States Court of Federal Claims

No. 25-947
Filed: June 6, 2025

|  |  |
|---|---|
| JOHN DOE NOs 1-5, | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

**ORDER**

    Plaintiffs seek to represent a class of similarly situated persons alleging that the Government breached their contracts under the Donald M. Payne Fellowship Program. They redacted their complaint and its exhibits to shield their identities from public disclosure, and contemporaneously moved for a protective order to allow them to proceed under pseudonyms. ECF No. 2. They make clear that the Government will know the Plaintiffs' identities, but that the public should not. *See id*. at 9. Based on the court's understanding of the motion to seal, Plaintiffs did not intend to prevent the court from knowing their identities.

    But the Plaintiffs' filing leaves the court unable to determine who the Plaintiffs are because they filed only a redacted version of their complaint and exhibits on the public docket. Under Rule 5.2(d), the court orders Plaintiff to file an unredacted version of the complaint and exhibits <u>under seal</u>. This will prevent the public disclosure of the Plaintiffs' identities while the motion to seal is pending while allowing the court to know who the Plaintiffs are. For the avoidance of doubt, nothing in this order constitutes a decision on the merits of the motion for the protective order, which the court will decide in due course.

It is so ORDERED.

s/ Edward H. Meyers<br>
Edward H. Meyers<br>
Judge