# In the United States Court of Federal Claims

No. 25-947
Filed: June 27, 2025

_____
|  | ) |
|---|---|
| JOHN DOE Nos. 1-5, | ) |
|  | ) |
| *Plaintiffs*, | ) |
|  | ) |
| v. | ) |
|  | ) |
| THE UNITED STATES, | ) |
|  | ) |
| *Defendant*. | ) |
_____

## ORDER

On June 27, 2025, the Government moved unopposed for leave to file its response to the Plaintiffs' motion for a protective order, ECF No. 2, by July 25, 2025.  ECF No. 8.

For good cause shown, the court **GRANTS** the motion, ECF No. 8.  The Government shall file its response to the Plaintiffs' motion for a protective order on or before July 25, 2025.

It is so ORDERED.

s/ Edward H. Meyers
Edward H. Meyers
Judge
