IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JOHN DOE Nos. 1-5,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THE UNITED STATES,<br><br>　　　　Defendant. | No. 25-947C<br>(Judge Meyers) |

**MOTION FOR A STAY OF THE DEADLINE TO RESPOND TO THE COMPLAINT IN LIGHT OF LAPSE OF APPROPRIATIONS**

　　　　The United States of America hereby moves for a stay of the October 17, 2025 deadline to respond to the complaint in the above-captioned case.

　　　　1.　　At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies. The Department does not know when such funding will be restored by Congress.

　　　　2.　　Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

　　　　3.　　Undersigned counsel for the Department of Justice therefore requests a stay of the October 17, 2025 deadline to respond to the complaint until Congress has restored appropriations to the Department.

　　　　4.　　If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at

that point, the deadline to respond to the complaint be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Opposing counsel has authorized counsel for the Government to state that opposing counsel "has not been able to get a response from [their] clients on this short notice."

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the October 17, 2025 deadline to respond to the complaint in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Corinne A. Niosi
CORINNE A NIOSI
Assistant Director

/s/ Bryan M. Byrd
BRYAN M. BYRD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-7607
Email: Bryan.M.Byrd@usdoj.gov

October 1, 2025          *Attorneys for Defendant*