**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

|  |  |
|---|---|
| JOHN DOE Nos. 1-5, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) Case No. 25-947 |
|  | ) |
| THE UNITED STATES, | ) Judge Meyers |
|  | ) |
| Defendant. | ) |
|  | ) |
|  | ) |
|  | ) |

**NOTICE OF WITHDRAWAL**

Pursuant to Rule 83.1(b)(4)(A) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully submits this Notice of Withdrawal of Albert S. Iarossi as counsel of record and lead counsel in this case.  Mr. Nelson Kuan will enter an appearance on behalf of the United States and replace Mr. Iarossi as counsel of record and lead counsel.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/ Albert S. Iarossi
ALBERT S. IAROSSI
Assistant Director
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone:   (202) 616-3755
Email: Albert.S.Iarossi@usdoj.gov
U.S. Department of Justice
Counsel for Defendant

November 21, 2025

1